IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Troy Johnson,                          Case No. 3:15cv2005

         Plaintiff(s)

v.                                          Order

Norfolk Southern Railway Co.,

         Defendant(s)

Upon representation of counsel that the cause of action has been settled between the parties, it is hereby

Ordered that the parties shall file a dismissal order by not later than December 30, 2016.

                                                     s/ Jeffrey J. Helmick
                                                     United States District Judge