IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Troy Johnson ) Case No.: 3:15-cv-2005
 )
 Plaintiff, ) Judge Jeffrey J. Helmick
 )
v. ) **DISMISSAL ENTRY**
 )
Norfolk Southern Railway Company, )
 )
 Defendant. )
 )
 )
 )
 )
 )

The issues in this case having been fully compromised to the satisfaction of the parties, it is hereby stipulated that this action should be and hereby is dismissed with prejudice with each party to bear its own costs.

**IT IS SO ORDERED.**

s/ Jeffrey J. Helmick
_____
Hon. Jeffry J. Helmick

Approved By:

/s/ John T. Murray
John T. Murray

Attorney for Plaintiff


/s/ Thomas J. Antonini
Thomas J. Antonini

Attorney for Defendant